# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3095

_____

Wendy Alison Nora

*Appellant*

v.

Internal Revenue Service

*Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: October 15, 2019
Filed: October 29, 2019
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

   Wendy Nora appeals the district court's[1] denial of her third motion for an extension of time, and dismissal of her bankruptcy appeal for failure to comply with

---

   [1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota.

a court-ordered deadline.  Following a careful review, we conclude that the district court did not abuse its discretion by denying the extension and dismissing the appeal. See Smith v. Gold Dust Casino, 536 F.3d 402, 404 (8th Cir. 2008) (dismissal for failure to prosecute or failure to comply with court order is reviewed for abuse of discretion); In re Harlow Fay, Inc., 993 F.2d 1351, 1352-53 (8th Cir. 1993) (district court's denial of request for extension of filing deadline in a bankruptcy appeal is reviewed for abuse of discretion).  Accordingly, we affirm. See 8th Cir. R. 47B.  We also deny Nora's appellate motion as moot.

_____